THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD DIMON, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.